IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS McCULLAR                                                              PLAINTIFF
ADC #167292

v.                              No: 3:23-cv-00038-DPM-PSH

EDITH ELLIOT                                                                   DEFENDANT

### ORDER

Plaintiff Nicholas McCullar, an Arkansas Division of Correction inmate incarcerated at the Sharp County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on February 7, 2023 (Doc. No. 2) along with an application for leave to proceed *in forma pauperis* ("IFP") (Doc. No. 1). The Court denied McCullar's application as incomplete and directed him to file a complete application within thirty days. *See* Doc. No. 3. McCullar subsequently filed a certificate regarding his prisoner account and a calculation of initial filing fee form (Doc. No. 4), which completes his IFP application. Accordingly, the Court reconsiders and sets aside that portion of its Order denying McCullar's IFP application.

Because McCullar has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), his application to proceed *in forma pauperis* (Doc. No. 1) is granted. *See* 28 U.S.C. § 1915(a). The Court assesses an initial partial filing fee of $28.30. McCullar will be obligated to make monthly payments in the

amount of twenty percent (20%) of the preceding month's income credited to his prison trust account each time the amount in the account exceeds $10.00. McCullar's custodian is requested to send the Clerk of the Court the initial partial filing fee and monthly payments from his prison trust account when the amount exceeds $10.00, until the statutory filing fee of $350 is paid in full. 28 U.S.C. § 1915(b)(2). The payments also must be clearly identified by the name and number assigned to this action. The Clerk of the Court is directed to send a copy of this order to the Sharp County Sheriff, the ADC Trust Fund Centralization Bank Office, and the ADC Compliance Office.

IT IS SO ORDERED this 27th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE