IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS MCCULLAR
ADC #167292                                                                        PLAINTIFF

v.                              No. 3:23-cv-38-DPM

EDITH ELLIOT, Jail Administrator,
Sharp County Jail                                                                  DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 6*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 April 2023