IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS MCCULLAR                                              PLAINTIFF
ADC #167292

v.                          No. 3:23-cv-38-DPM

EDITH ELLIOT, Jail Administrator,
Sharp County Jail                                              DEFENDANT

## JUDGMENT

McCullar's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 April 2023